Dear,
Abel Acosta

83,909-01

I AM Requesting that i be sent a copy of my current writ of mandamus. I have Recived The offical notice Post Card. I also understand that my case with this court is under Review. I would Like a file stamped copy sent back to Travis county correctional complex at your Earlyest convience please and thank you.

Cause # DI-DC-15-203539    - WR-83,909-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 29 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
Abel Acosta, Clerk